Before the First Division, March 30, 1939

No. 40957.—Protests 898147–G, etc., of M. Pressner & Co. (New York).

Opinion by Sullivan, J. It was stipulated that the merchandise consists of so-called cigarette whistles or noisemakers or novelties in part of bamboo similar to those the subject of Abstract 39509. The claim at 45 percent under paragraph 409 was therefore sustained.

No. 40958.—Protest 885556–G of Weil Freeman, Inc. (New York).

Opinion by Sullivan, J. In accordance with stipulation of counsel the raffia covers in question were held dutiable at 25 percent under paragraph 1537 (a) as claimed.

No. 40959.—Protests 818382–G, etc., of Franklin Lamp Mfg. Co., Inc. (Philadelphia).

Opinion by Sullivan, J. Glass beads stipulated to be the same as those the subject of Abstract 39360 were held dutiable at 35 percent under paragraph 1503 as claimed.

No. 40960.—Protests 811786–G, etc., of Hickey-Freeman Co. et al. (Rochester, etc.).

Opinion by First Division. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Third Division, March 30, 1939

No. 40961.—Protests 839866–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 40962.—Protest 692006–G of F. W. Woolworth Co. (Seattle).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47467) the incense in question was held entitled to free entry under paragraph 1703 as joss stick or joss light.